UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHEN FIELDS, DIANNE DEPIETRO, JUSTIN ALLIS, STEPHEN GRENINGER, RYAN PETRO and ROBERT STONE,

    Plaintiffs,

v.      Case No: 6:16-cv-1285-Orl-40TBS

DIAMOND RESORTS INTERNATIONAL, INC., DIAMOND RESORTS CORPORATION and DIAMOND RESORTS INTERNATIONAL MARKETING, INC.,

    Defendants.
_____/

## ORDER

This cause is before the Court on the Joint Motion to Approve Settlement Agreement and to Dismiss the Case with Prejudice (Doc. 58) filed on March 16, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 22, 2017 (Doc. 59), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement Agreement and to Dismiss the Case with Prejudice (Doc. 58) is **DENIED**.

3. The Settlement Agreement is rejected without prejudice to renewal upon clarification of the issues outlined in the Report and Recommendation (Doc. 59) and amendment of the settlement agreement, if appropriate.

**DONE AND ORDERED** in Orlando, Florida on April 10, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties